UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEE W. CROSSLEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:20-CV-02298 |
| v. | |
| KILOLO KIJAKAZI,[1] | (MEHALCHICK, M.J.) |
| Defendant. | |

### ORDER

AND NOW, this 31st day of December, 2021, in accordance with the Memorandum filed concurrently herewith, it is hereby **ORDERED** that:

1. The Commissioner's decision to deny Plaintiff Lee W. Crossley benefits under Title XVI of the Social Security Act is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Crossley; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

s/ *Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).